**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SAMUEL SAADA,

          Plaintiff,

      -against-

JACQUEMUS L'AMERIQUE, LLC,

          Defendant.

Case No. 1:25-CV-02678-JLR

**ANSWER TO COMPLAINT**

Defendant JACQUEMUS L'AMERIQUE, LLC, by and through its attorneys, Greenwald Doherty LLP, as and for its Answer to the Complaint of Samuel Saada, hereby states the following upon information and belief (unless otherwise stated):

### As to: NATURE OF THE ACTION

1.  Paragraph 1 of the Complaint is a statement of Plaintiff's legal claims to which no response is required. To the extent this paragraph contains any factual allegations, Defendants deny each and every factual allegation as stated therein.

2.  Paragraph 2 of the Complaint is a statement of Plaintiff's legal claims to which no response is required. To the extent this paragraph contains any factual allegations, Defendants deny each and every factual allegation as stated therein.

3.  Paragraph 3 of the Complaint is a statement of Plaintiff's legal claims to which no response is required. To the extent this paragraph contains any factual allegations, Defendants deny each and every factual allegation as stated therein.

4.  Paragraph 4 of the Complaint is a statement of Plaintiff's legal claims to which no response is required. To the extent this paragraph contains any factual allegations, Defendants deny each and every factual allegation as stated therein.

## As to: JURISDICTION AND VENUE

5.    Paragraph 5 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

6.    Paragraph 6 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

7.    Paragraph 7 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

## As to: THE PARTIES

8.    Defendant denies knowledge or information sufficient to form a belief as to the trusth of the allegations as stated in Paragraph 8 of the Complaint.

9.    Defendant denies the allegations as stated in Paragraph 9 of the Complaint.

10.    Defendant denies the allegations as stated in Paragraph 10 of the Complaint.

11.    Defendant denies the allegations as stated in Paragraph 11 of the Complaint.

12.    Defendant denies the allegations as stated in Paragraph 12 of the Complaint.

## As to: STATEMENT OF FACTS

13.    Defendant denies the allegations as stated in Paragraph 13 of the Complaint.

14.    Defendant denies the allegations as stated in Paragraph 14 of the Complaint.

15.    Defendant denies the allegations as stated in Paragraph 15 of the Complaint.

16.    Defendant denies the allegations as stated in Paragraph 16 of the Complaint.

2

17. Defendant admits the allegations as stated in Paragraph 17 of the Complaint.

18. Defendant denies the allegations as stated in Paragraph 18 of the Complaint.

19. Defendant denies the allegations as stated in Paragraph 19 of the Complaint.

20. Defendant denies the allegations as stated in Paragraph 20 of the Complaint.

21. Defendant denies the allegations as stated in Paragraph 21 of the Complaint.

22. No response is required to the statement of Plaintiff's intention in Paragraph 22 of the Complaint, although any amendment would be futile.

23. Defendant denies the allegations as stated in Paragraph 23 of the Complaint.

24. Defendant denies the allegations as stated in Paragraph 24 of the Complaint.

25. Defendant denies the allegations as stated in Paragraph 25 of the Complaint.

26. Defendant denies the allegations as stated in Paragraph 26 of the Complaint.

27. Defendant denies the allegations as stated in Paragraph 27 of the Complaint.

28. Defendant denies the allegations as stated in Paragraph 28 of the Complaint.

29. Defendant denies the allegations as stated in Paragraph 29 of the Complaint.

30. Defendant admits the allegations as stated in Paragraph 30 of the Complaint.

31. Defendant admits the allegations as stated in Paragraph 31 of the Complaint.

32. Defendant denies the allegations as stated in Paragraph 32 of the Complaint.

33. Defendant denies the allegations as stated in Paragraph 33 of the Complaint.

34. Defendant denies the allegations as stated in Paragraph 34 of the Complaint.

35. Defendant denies the allegations as stated in Paragraph 35 of the Complaint.

36. Defendant denies the allegations as stated in Paragraph 36 of the Complaint.

37. Defendant denies the allegations as stated in Paragraph 37 of the Complaint.

38.    No response is required to the definition of terms as stated in Paragraph 38 of the Complaint.

39.    No response is required to the definition of terms as stated in Paragraph 39 of the Complaint.

**As to:  FIRST CAUSE OF ACTION**
**FAIR LABOR STANDARDS ACT – 29 U.S.C. 201 et Seq. (Overtime wages)**

40.    Defendant repeats and incorporates by reference each response to the preceding paragraphs of the Complaint.

41.    Paragraph 41 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

42.    Paragraph 42 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein and deny that Plaintiff is entitled to maintain this action as a class action.

43.    Paragraph 43 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein and deny that Plaintiff is entitled to maintain this action as a class action.

44.    Defendant denies the allegations as stated in Paragraph 44 of the Complaint.

**As to: Relief Demanded**

45.    Defendant denies the allegations as stated in Paragraph 45 of the Complaint, and denies that Plaintiff is entitled to any relief whatsoever.

4

## As to:  SECOND CAUSE OF ACTION
## NYLL 650 et Seq. & 12 NYCRR § 142-2.2 (Overtime Wages)

46.    Defendant repeats and incorporates by reference each response to the preceding paragraphs of the Complaint.

47.    Paragraph 47 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

48.    Defendant denies the allegations as stated in Paragraph 48 of the Complaint.

## As to: Relief Demanded

49.    Defendant denies the allegations as stated in Paragraph 49 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

## As to: THIRD CAUSE OF ACTION
## NYLL § 190, 191, 193, 195 and 198 – Unpaid and Withheld Wages

50.    Defendant repeats and incorporates by reference each response to the preceding paragraphs of the Complaint.

51.    Paragraph 51 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

52.    Paragraph 52 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

53.    Paragraph 53 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

### As to: Relief Demanded

54.    Defendant denies the allegations as stated in Paragraph 54 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

### As to: FOURTH CAUSE OF ACTION
### FLSA RETALIATION/DISCRIMINATION – 29 U.S.C § 215

55.    Defendant repeats and incorporates by reference each response to the preceding paragraphs of the Complaint.

56.    Paragraph 56 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

57.    Paragraph 57 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

58.    Paragraph 58 of the Complaint states a legal conclusion to which no response is required.   To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

### As to: Relief Demanded

59.    Defendant denies the allegations as stated in Paragraph 59 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

6

## As to: FIFTH CAUSE OF ACTION
## RETALIATION/DISCRIMINATION – NYLL § 215

60.    Defendant repeats and incorporates by reference each response to the preceding paragraphs of the Complaint.

61.    Paragraph 61 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

62.    Paragraph 62 of the Complaint states a legal conclusion to which no response is required. To the extent this paragraph contains any factual allegations, Defendant denies each and every factual allegation as stated therein.

63.    Defendant denies the allegations as stated in Paragraph 63 of the Complaint.

64.    No response is required to the statement in Paragraph 64 of the Complaint, although any amendment would be futile.

## As to: Relief Demanded

65.    Defendant denies the allegations as stated in Paragraph 65 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

## As to: PRAYER FOR RELIEF

Defendant denies any allegations not specifically admitted herein including, but not limited to, those allegations as stated in Plaintiff's Request for Relief and deny that Plaintiff is entitled to any relief whatsoever:

66.    Defendant denies the allegations as stated in Paragraph 66 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

7

67.     Defendant denies the allegations as stated in Paragraph 67 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

68.     Defendant denies the allegations as stated in Paragraph 68 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

69.     Defendant denies the allegations as stated in Paragraph 69 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

70.     Defendant denies the allegations as stated in Paragraph 70 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

71.     Defendant denies the allegations as stated in Paragraph 71 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

72.     Defendant denies the allegations as stated in Paragraph 72 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

73.     Defendant denies the allegations as stated in Paragraph 73 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

74.     Defendant denies the allegations as stated in Paragraph 74 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

**As to: <u>DEMAND FOR JURY TRIAL</u>**

Defendant demands a jury trial on all claims in the Complaint and defenses stated in this Answer.

**<u>AFFIRMATIVE DEFENSES</u>**

**<u>First Affirmative Defense</u>**

The Complaint and each and every claim alleged therein fails to state facts sufficient to

8

constitute a cause of action upon which relief may be granted.

## Second Affirmative Defense

Plaintiff's claims are barred in whole or in part by the applicable statute(s) of limitations.

## Third Affirmative Defense

Plaintiff is not entitled to equitable relief insofar as he has an adequate remedy at law.

## Fourth Affirmative Defense

Plaintiff seeks, in whole or in part, double recovery through the claims stated in his complaint.

## Fifth Affirmative Defense

Each and every purported claim alleged by Plaintiff is barred because any recovery from Defendant would result in Plaintiff's unjust enrichment.

## Sixth Affirmative Defense

Plaintiff is not entitled to compensatory damages because he has failed to state a claim for which compensatory damages are available.

## Seventh Affirmative Defense

Plaintiff's claims for liquidated damages are barred, in whole or in part, because Defendant, at all times, acted in good faith to comply with applicable laws and had reasonable grounds for believing they were in compliance with the applicable laws.

## Eighth Affirmative Defense

Plaintiff's claims for the recovery of liquidated damages are in contravention of the constitutional safeguards provided under the Constitution of the United States of America and the New York State Constitution.

### Ninth Affirmative Defense

Plaintiff is not entitled to recover any costs of this proceeding or attorneys' fees from Defendant.

### Tenth Affirmative Defense

The Complaint fails to properly state a claim upon which prejudgment interest may be awarded, as the damages claimed are not sufficiently certain to allow an award of prejudgment interest.

### Eleventh Affirmative Defense

Plaintiff failed to exhaust the administrative requirements to assert claims of discrimination and retaliation against Defendant.

### Twelfth Affirmative Defense

Plaintiff cannot establish that Defendant engaged in willful conduct within the meaning of applicable laws.

### Thirteenth Affirmative Defense

Plaintiff was an at-will employee and cannot establish that his employment was terminated for anything other than legitimate business reasons.

### Fourteenth Affirmative Defense

The Complaint, and each of its causes of action, are barred because Defendant did not engage in the alleged discrimination or retaliation set forth in the Complaint and Defendant would took the employment actions for legitimate, non-discriminatory, non-retaliatory, non-pretextual reasons.

**Fifteenth Affirmative Defense**

Plaintiff is estopped from asserting his claims, in whole or in part, because his own conduct, acts, or omissions were the cause of the damages he claims, and he was contributorily negligent.

**Sixteenth Affirmative Defense**

Any damages suffered were the result of Plaintiff's failure to comply with the reasonable expectations of Defendant or to follow Defendant's reasonable instructions, policies, or protocols.

**Seventeenth Affirmative Defense**

The Complaint is barred, in whole or in part, because Defendant maintains appropriate and reasonable policies and programs against discrimination and retaliation and an effective complaint procedure that were known and available to all employees; and Defendant exercised reasonable care, and Plaintiff unreasonably failed to take advantage of any preventative or corrective opportunities provided by Defendant or to otherwise avoid harm.

**Eighteenth Affirmative Defense**

Plaintiff's retaliation claims are barred because Plaintiff never engaged in protected conduct; Plaintiff never alleged any unlawful, inappropriate conduct or otherwise made a protected complaint sufficient to support a retaliation claim under applicable law.

**Nineteenth Affirmative Defense**

Defendant's actions were in good faith conformity with or reliance on administrative regulations, order, ruling, approval, interpretation, or practices of agencies, including, without limitation, the federal and New York State Departments of Labor.

**Twentieth Affirmative Defense**

At all times material hereto, the actions of Defendant were justified under the

11

circumstances and at all times material hereto Defendant acted in a manner that was proper, reasonable, and lawful and in the exercise of good faith.

### Twenty-Third Affirmative Defense

Plaintiff failed to mitigate his damages.

### RESERVATION OF RIGHTS

Defendant may have additional defenses that cannot now be articulated due to the generality of Plaintiff's pleadings and the fact that discovery has not yet concluded. Accordingly, Defendant reserves the right to supplement the foregoing and to raise additional defenses as may appear as the case progresses.

### DEFENDANT'S PRAYER FOR RELIEF

**WHEREFORE**, Defendant respectfully requests the Court enter an Order that:

A.    Dismisses Plaintiff's claims in their entirety with prejudice and enters judgment in favor of Defendant;

B.    Awards all defense costs to Defendant, including reasonable attorneys' fees; and

C.    Grants all other legal and equitable relief that this Court deems just and proper.

Dated: July 28, 2025
      Orangeburg, NY

**GREENWALD DOHERTY LLP**

By:    _____/s/ *George Vallas*_____
George D. Vallas, Esq.
30 Ramland Road, Suite 201
Orangeburg, New York 10962
GV@GreenwaldLLP.com

Brooke A. Schneider, Esq.
BS@GreenwaldLLP.com
*Attorneys for Defendant*

12