UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAMUEL SAADA,

                        **Plaintiff,**                      25-CV-02678 (JLR)(SN)

      -against-                                        <u>**ORDER**</u>

JACQUEMUS L'AMERIQUE, LLC,

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       The Honorable Jennifer L. Rochon referred this case to my docket for settlement. In their August 12, 2025 status report, the parties indicated a desire to schedule a settlement conference. By Friday, August 22, 2025, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     August 15, 2025
                 New York, New York