UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 1/22/2026 _

SAMUEL SAADA,

                            **Plaintiff,**

            -against-

JACQUEMUS L'AMERIQUE, LLC,

                          **Defendant.**

---------------------------------------------------------------X

**25-CV-02678 (JLR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

In their December 19, 2025 status report, the parties indicated that they would provide the Court with an update on the status of settlement discussions on or before January 15, 2026. The parties have not provided the Court with another update. By no later than Friday, January 30, 2026, the parties are ORDERED to submit a joint status letter (not to exceed three pages) updating the Court on the progress of settlement discussions, whether there are any outstanding discovery disputes that require judicial intervention, and whether a settlement conference would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 22, 2026
              New York, New York