**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

SAMUEL SAADA,

                               **Plaintiff,**

           **-against-**

JACQUEMUS L'AMERIQUE, LLC,

                             **Defendant.**

-------------------------------------------------------------------X

25-CV-02678 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge**:

In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on April 3, 2026, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 48. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 48.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      April 7, 2026
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 4/7/2026 __